IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW REED SUMNER, | : | |
| | : | |
| Plaintiff, | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| v. | : | |
| ANNA BORNACELLY and ALL OTHERS, | : | CIVIL ACTION NO. |
| | : | 1:18-CV-635-AT |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation that this pro se action under 42 U.S.C. § 1983 be transferred to the Untied States District Court for the Middle District of Georgia, Athens Division [Doc. 3]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, it is **ORDERED** that this Cause of Action be **TRANSFERRED** to the United States District Court for the

Middle District of Georgia, Athens Division.  The Clerk is **DIRECTED** to take all necessary steps to effectuate the transfer.

**IT IS SO ORDERED** this 22nd day of March, 2018.

_____
**Amy Totenberg
United States District Judge**